| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| --- | --- | --- |
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| Petitioner | * | |
| | * | Misc. Docket AG |
| v. | * | |
| | * | |
| PETER JEROME EIDE | * | No. 0061 |
| | * | |
| Respondent | * | |
| | * | September Term, 2015 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The parties herein have jointly petitioned this Court to reprimand Respondent pursuant to Maryland Rule 16-772. Upon review of said Joint Petition and for the reasons set forth therein, it is this 18th day of     May     2016,

ORDERED, that Respondent, Peter Jerome Eide, be and he is hereby reprimanded for misconduct in violation of Rule 5.5 (a) of the Maryland Lawyers' Rules of Professional Conduct.

/s/ Clayton Greene Jr.
Senior Judge